UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EPPS,<br><br>          Plaintiff,<br><br>     v.<br><br>K. MENDOZA-POWERS, et. al.,<br><br>          Defendant. | CV F- 05-1100 REC DLB P<br><br>ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME IN WHICH TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS |

Plaintiff is a state prisoner proceeding pro se with a civil rights complaint filed on August 29, 2005.   On October 5, 2005, the Court ordered plaintiff to file an application to proceed in forma pauperis or pay the filing fee for this action within 30 days.  On December 13, 2005, plaintiff advised the Court that he is having difficulty obtaining his trust account statement.  He also states that the prison is refusing to mail his legal documents.  He asks that the Court contact the Solano State Prison mail room and direct that he be allowed to mail legal documents to outside attorneys.  He also asks that this case be stayed until he is transferred to another prison.

Plaintiff is advised that the Court has no authority to contact the prison to issue direction.  The Court also cannot stay this action indefinitely.  However, the Court will grant plaintiff an extension of time to file his completed application to proceed in forma pauperis.

Accordingly, within 60 days of this Order, plaintiff shall submit a completed application to

1 proceed in forma pauperis and a certified copy of his prison trust account statement for the six month
2 period immediately preceding the filing of the complaint, or in the alternative, plaintiff may pay the
3 $250.00 filing fee for this action. Failure to comply with this order will result in a recommendation
4 that this action be dismissed.

5      IT IS SO ORDERED.

6      Dated:   December 14, 2005                    /s/ Dennis L. Beck
   3b142a                                         UNITED STATES MAGISTRATE JUDGE